12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Warrant for Offender Under Supervision

Name of Offender:  **Patrick Duane Trujillo**　　　　　　Docket Number:  **2:17CR00516-001**

Name of Sentencing Judicial Officer:　　**Honorable Tena Campbell**
　　　　　　　　　　　　　　　　　　　　**Senior U.S. District Judge**

Date of Original Sentence:  **May 1, 2019**
Original Offense:  **Felon in Possession of a Firearm**
Original Sentence:  **50 Months' Bureau of Prisons Custody/36 Months' Supervised Release**

Type of Supervision:  **Supervised Release**　　　　　Supervision Began:  **March 15, 2021**

## PETITIONING THE COURT

☒  To issue a warrant and toll the supervision term

　　Last known address: 10212 Dresden Street, Longmont, Colorado 80504

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** The defendant failed to notify his/her U.S. Probation Officer of his/her change in living arrangements. The defendant left his former approved residence on June 2, 2021, and as of June 25, 2021, his current whereabouts are unknown.

**Allegation No. 2:** On June 5, 2021, the defendant changed employment, and failed to notify his/her U.S. Probation Officer.

**Allegation No. 3:** On June 14, 2021, the defendant failed to successfully complete a mental-health evaluation, as directed by his/her U.S. Probation Officer.

**Allegation No. 4:** The defendant failed to report to the U.S. Probation Officer, in the District of Colorado on June 14, 2021 as directed.

**Allegation No. 5:** On June 17, 2021, the defendant failed to follow the instructions of the U.S. Probation Officer by failing to contact his assigned U.S. Probation Officer by 2:00 pm on June 17, 2021.

Evidence in support of the five above-stated allegations is contained in correspondence received from U.S. Probation Officer Alexandria Oliveras, District of Colorado, Denver Division.

　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

PROB 12C
D/UT 03/19

Patrick Duane Trujillo
2:17CR00516-001

_____
by Maria EA Sanchez
   Supervisory U.S. Probation Officer
   June 25, 2021

**THE COURT ORDERS:**

☒ The issuance of a warrant and tolling of the supervision time
☐ The issuance of a summons
☐ No action
☐ Other

_____
Honorable Tena Campbell
Senior United States District Judge
Date: 6/28/2021