AO 442

# United States District Court
for the
**District of Utah**

| UNITED STATES OF AMERICA | |
|---|---|
| V. | Case No: 2:17-cr-00516-TC |
| **Trujillo** | |

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   PATRICK DUANE TRUJILLO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violation of Supervised Release**

in violation of _____ United States Code.

Tena Campbell
Name of Issuing Officer

United States District Judge
Title of Issuing Officer

Signature of Issuing Officer

June 28, 2021 at Salt Lake City, Utah
Date and Location

By: Deborah Aston
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |