| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
|  | 2:17CR00516-001 |
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
|  | **21-cr-00296-DDD** |

| NAME OF PROBATION/SUPERVISED RELEASEE  Patrick Duane Trujillo | DISTRICT  UTAH | | |
|---|---|---|---|
|  | DIVISION  CENTRAL | | |
|  | NAME OF SENTENCING JUDGE  Tena Campbell | | |
|  | DATES OF SUPERVISION TERM | FROM  3/15/2021 | TO  3/14/2024 |

OFFENSE

**18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm**

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

June 3, 2021
Date

*Tena Campbell*
Tena Campbell
Senior U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

8/27/2021
Effective Date

United States District Judge

CLOSED,DT_PEAD,FPD
Email All Attys
Email All Attys and Secondary Emails

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:17−cr−00516−TC All Defendants

Case title: USA v. Trujillo

Date Filed: 09/06/2017
Date Terminated: 05/03/2019

Assigned to: Judge Tena Campbell

**Defendant (1)**

**Patrick Duane Trujillo**
*TERMINATED: 05/03/2019*

represented by **Alexander E. Ramos**
LANGFORD | RAMOS PLLC
43 E 400 S
SALT LAKE CITY, UT 84111
(801)998−2002
Email: alex@langfordramos.com
*TERMINATED: 12/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Robert L. Steele**
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY, UT 84101
(801)524−5877
Email: robert_steele@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

18:922(g)(1) UNLAWFUL TRANSPORT OF FIREARMS, ETC. − Felon in Possession of a Firearm
(1)

**Disposition**

50 months in custody with credit for all time served in federal custody. 36 months supervised release.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Notice Party**

**Pretrial Noticing**
*TERMINATED: 05/16/2019*

**Notice Party**

**Jennifer L. Gaston**
*TERMINATED: 06/12/2019*

**Plaintiff**

USA     represented by     **Isaac C. Workman**
WALMART INC
702 SW 8TH ST
BENTONVILLE, AR 72716–0215
(479)360–8769
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

**Michael J. Thorpe**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111–2176
(801) 325–1410
Email: Michael.Thorpe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/06/2017 | 1 | | INDICTMENT as to Patrick Duane Trujillo (1) count(s) 1. Assigned to Judge Tena Campbell. (dla) (Entered: 09/06/2017) |
| 09/25/2017 | 3 | | |

|  |  |  | **NOTICE OF HEARING** as to Patrick Duane Trujillo (Notice generated by DBP Chambers) Initial Appearance set for 9/28/2017 at 02:45 PM in Rm 8.400 before Magistrate Judge Dustin B. Pead. (tls) (Entered: 09/25/2017) |
|---|---|---|---|
| 09/27/2017 | 10 |  | ARREST Warrant Returned Executed on 9/27/17, filed on 9/29/17 in case as to Patrick Duane Trujillo (alt) (Entered: 10/02/2017) |
| 09/28/2017 | 4 |  | Minute Entry for proceedings held before Judge Magistrate Judge Dustin B. Pead: Initial Appearance/Arraignment/Pretrial Conference/Detention Hearing as to Patrick Duane Trujillo (1) Count 1 held on 9/28/2017. Defendant present with counsel and in custody. Defendant requested counsel. Financial Affidavit submitted. Court appoints FPD counsel, Alex Ramos. Charges, rights and penalties explained. Defendant waives formal reading of indictment and enters NOT GUILTY pleas to all counts. (Discovery due by 9/28/2017. Proposed Jury Instructions along with proposed voir dire questions 11/30/2017. Motions due by 10/19/2017. Plea Agreement due by 11/13/2017. 3 day Jury Trial set for 12/4/2017 at 08:30 AM in Rm 3.400 before Judge Tena Campbell). Government is seeking detention. Defendant submits to the issue of detention and reserves the right to have the matter addressed at a later date if appropriate. The Court makes findings on the record and orders defendant detained in USMS custody pending resolution of this matter. Attorney for Plaintiff: Yvette Rodier, Attorney for Defendant: Carlos Garcia for Alex Ramos, FPD. Interpreter: Not Needed. Probation Officer: Charles Brock. Court Reporter: Electronic. (Time Start: 2:40:24, Time End: 2:44:02, Room 8.400). (tls) (Entered: 09/28/2017) |
| 09/28/2017 | 5 |  | First CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Patrick Duane Trujillo. (Thorpe, Michael) (Entered: 09/28/2017) |
| 09/28/2017 | 7 |  | DOCKET TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Patrick Duane Trujillo. No attached document.<br><br>Representation shall continue for any post−sentencing activities initiated by the US Probation Office. Signed by Magistrate Judge Dustin B. Pead on 9/28/2017.(tls) (Entered: 09/29/2017) |
| 09/28/2017 | 8 |  | ORDER OF DETENTION PENDING TRIAL as to Patrick Duane Trujillo.<br><br>NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case.<br><br>Signed by Magistrate Judge Dustin B. Pead on 9/28/2017.(tls) (Entered: 09/29/2017) |
| 09/29/2017 | 9 |  | NOTICE OF ATTORNEY APPEARANCE: Alexander E. Ramos appearing for Patrick Duane Trujillo (Ramos, Alexander) (Entered: 09/29/2017) |
| 10/02/2017 |  |  | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Pretrial Noticing should be added to this case as to Patrick Duane Trujillo (kk) (Entered: 10/02/2017) |
| 11/06/2017 | 11 |  | MOTION to Continue *Jury Trial* filed by Patrick Duane Trujillo. (Attachments: # 1 Text of Proposed Order)(Ramos, Alexander) (Entered: 11/06/2017) |

| | | | |
|---|---|---|---|
| 11/06/2017 | 12 | | ORDER TO CONTINUE – Ends of Justice as to Patrick Duane Trujillo: Time excluded from date of Motion until new trial date. Motion granted: 11 MOTION to Continue *Jury Trial*. 3−Day Jury Trial reset for 2/26/2018 at 08:30 AM in Rm 3.400 before Judge Tena Campbell. Signed by Judge Tena Campbell on 11/6/17 (alt) (Entered: 11/06/2017) |
| 02/05/2018 | 13 | | MOTION to Continue *Jury Trial* filed by Patrick Duane Trujillo. (Attachments: # 1 Text of Proposed Order)(Ramos, Alexander) (Entered: 02/05/2018) |
| 02/06/2018 | 14 | | ORDER TO CONTINUE – Ends of Justice as to Patrick Duane Trujillo: Time excluded from date of Motion until new trial date. Motion granted: 13 MOTION to Continue *Jury Trial*. 3−Day Jury Trial reset for 5/7/2018 at 08:30 AM in Rm 3.400 before Judge Tena Campbell. Signed by Judge Tena Campbell on 2/6/18 (alt) (Entered: 02/06/2018) |
| 04/09/2018 | 15 | | MOTION to Continue *Jury Trial* filed by Patrick Duane Trujillo. (Attachments: # 1 Text of Proposed Order)(Ramos, Alexander) (Entered: 04/09/2018) |
| 04/10/2018 | 16 | | ORDER TO CONTINUE – Ends of Justice as to Patrick Duane Trujillo: Time excluded from date of Motion until new trial date. Motion granted: 15 MOTION to Continue *Jury Trial*. 3−Day Jury Trial reset for 7/30/2018 at 08:30 AM in Rm 3.400 before Judge Tena Campbell. Signed by Judge Tena Campbell on 4/10/18 (alt) (Entered: 04/10/2018) |
| 07/03/2018 | 17 | | **NOTICE OF HEARING** as to Patrick Duane Trujillo (Notice generated by EJF Chambers) Change of Plea Hearing set for 7/9/2018 at 10:00 AM in Rm 8.400 before Magistrate Judge Evelyn J. Furse. (lnp) (Entered: 07/03/2018) |
| 07/09/2018 | | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Jennifer Gaston should be added to this case as to Patrick Duane Trujillo (jlg) (Entered: 07/09/2018) |
| 07/09/2018 | 18 | | Minute Entry for proceedings held before Magistrate Judge Evelyn J. Furse: Change of Plea Hearing as to Patrick Duane Trujillo held on 7/9/2018.Defendant present in custody with counsel. Consent to entry of plea of guilty before a Magistrate Judge reviewed and executed. Defendant sworn. Statement in advance of plea reviewed and executed. Plea of GUILTY entered by Patrick Duane Trujillo to Count 1 of the indictment. The court finds the plea is knowingly and voluntarily entered. The Court also finds there is a factual basis for the plea and the entire plea agreement is in writing. Presentence Report ordered. Sentencing set for 9/24/2018 at 02:30 PM in Rm 3.400 before Judge Tena Campbell.Defendant remanded to the custody of the USMS.Attorney for Plaintiff: Micheal Thorpe – AUSA, Attorney for Defendant: Alex Ramos – FPD. Interpreter: Not Needed. Probation Officer: Jennifer Gaston. Court Reporter: Electronic/Patti Walker.(Time Start: 10:15:16, Time End: 10:26:08, Room 8.400.) (lnp) (Entered: 07/09/2018) |
| 07/09/2018 | 19 | | ORDER OF REFERENCE Under 636 (b)(3) and CONSENT TO ENTRY OF PLEA before Magistrate Judge Evelyn J. Furse as to Patrick Duane Trujillo. Signed by Judge Tena Campbell on 7/6/2018.(lnp) (Entered: 07/09/2018) |
| 07/09/2018 | 20 | | STATEMENT IN ADVANCE OF PLEA as to Patrick Duane Trujillo. (lnp) (Entered: 07/09/2018) |
| 07/09/2018 | 21 | | |

| | | | |
|---|---|---|---|
| | | | ***SEALED DOCUMENT*** Plea Supplement pursuant to DUCrimR11−1 as to Patrick Duane Trujillo (lnp) (Entered: 07/09/2018) |
| 09/12/2018 | 23 | | NOTICE FROM THE COURT RE: Filing of the Presentence Investigation Report. The Probation Office will be filing the presentence report for defendant Patrick Duane Trujillo electronically. You will have access to only the presentence report for your defendant through CM/ECF. The notice you receive will include instructions on how to access the document. (cff) (Entered 9/12/2018) (Entered: 09/12/2018) |
| 09/17/2018 | 25 | | Stipulated MOTION to Continue *Sentencing* filed by Patrick Duane Trujillo. (Attachments: # 1 Text of Proposed Order to Continue Sentencing)(Ramos, Alexander) (Entered: 09/17/2018) |
| 09/18/2018 | 26 | | ORDER as to Patrick Duane Trujillo granting 25 Stipulated MOTION to Continue *Sentencing*. Sentencing reset for 11/7/2018 at 02:30 PM in Rm 3.400 before Judge Tena Campbell. Signed by Judge Tena Campbell on 9/18/18 (alt) (Entered: 09/18/2018) |
| 11/02/2018 | 27 | | MOTION to Continue *Sentencing* filed by Patrick Duane Trujillo. (Attachments: # 1 Text of Proposed Order)(Ramos, Alexander) (Entered: 11/02/2018) |
| 11/06/2018 | 28 | | ORDER as to Patrick Duane Trujillo granting 27 MOTION to Continue *Sentencing*: Sentencing reset for 1/15/2019 at 02:30 PM in Rm 3.400 before Judge Tena Campbell. Signed by Judge Tena Campbell on 11/6/18 (alt) (Entered: 11/06/2018) |
| 12/12/2018 | 29 | | SUBSTITUTION OF COUNSEL as to Patrick Duane Trujillo. Robert L. Steele replacing Alexander E. Ramos as FPD counsel. (Steele, Robert) (Entered: 12/12/2018) |
| 01/03/2019 | 30 | | **AMENDED NOTICE OF HEARING** as to Patrick Duane Trujillo (Notice generated by chambers) Sentencing RESET for 2/27/2019 at 01:30 PM in Rm 3.400 before Judge Tena Campbell. ***PLEASE NOTE DATE AND TIME CHANGE*** (cff) (Entered: 01/03/2019) |
| 02/19/2019 | 31 | | **SECOND AMENDED NOTICE OF HEARING** as to Patrick Duane Trujillo (Notice generated by chambers) Sentencing RESET for 5/1/2019 at 02:00 PM in Rm 3.400 before Judge Tena Campbell. ***PLEASE NOTE NEW DATE AND TIME*** (cff) (Entered: 02/19/2019) |
| 04/22/2019 | 33 | | NOTICE FROM THE COURT RE: Filing of the Presentence Investigation Report. The Probation Office will be filing the presentence report for defendant Patrick Duane Trujillo electronically. You will have access to only the presentence report for your defendant through CM/ECF. The notice you receive will include instructions on how to access the document. (Entered 4/22/2019) (cff) (Entered: 04/22/2019) |
| 04/30/2019 | 35 | | SENTENCING MEMORANDUM by USA as to Patrick Duane Trujillo (Thorpe, Michael) (Entered: 04/30/2019) |
| 05/01/2019 | 36 | | Minute Entry for proceedings held before Judge Tena Campbell: Sentencing held on 5/1/2019 for Patrick Duane Trujillo (1), Count(s) 1. Counsel are present. The defendant is present and in custody. Defendant appears for sentencing after entering a guilty plea to a one−count indictment on 7/9/2018. |

| | | | |
|---|---|---|---|
| | | | Counsel have reviewed the presentence report and advise the court there are some corrections: on page 2 of the report under aliases, the defendant denies that he has ever had the alias of Patrick Dusey. The court strikes through this particular alias. On page 6 under paragraph 14: Base Offense Level: the last reference to the sentencing guideline should read: USSG § 2K2.1(a)(4)(A). The parties are ready to proceed with sentencing. The court hears from counsel and from the defendant. For the reasons stated by counsel and by the defendant, the court imposes sentence as follows: 50 months in custody of the BOP, with credit for all time served in federal custody. The court recommends that the defendant be allowed to serve his sentence at an appropriate level facility such as Florence, CO to facilitate RDAP treatment and family visitation. Following incarceration, the defendant shall be placed on 36 months supervised release.. Standard conditions of supervision are imposed together with these special conditions: 1. You must submit to drug/alcohol testing, as directed by the U.S. Probation Office.Justification: The defendant should be required to submit to drug/alcohol testing given his history of drug use and to ensure he is complying with the terms of his supervised release. 2. You must participate in and successfully complete a substance−abuse evaluation and/or treatment, under a copayment plan, as directed by the U.S. Probation Office. During the course of treatment, you must not consume alcohol, nor frequent any establishment where alcohol is the chief item of order. 3. You must participate in and successfully complete a mental−health treatment program, under a copayment plan, as directed by the U.S. Probation Office, take any mental−health medications as prescribed, and not possess or consume alcohol, nor frequent businesses where alcohol is the chief item of order, during the course of treatment or medication. No fine is imposed but the defendant must pay a SAF in the amount of $100, which is due and payable immediately. The defendant must provide a DNA sample and is reminded that as a convicted felon, he cannot possess firearms or other dangerous devices. The defendant must pay restitution in the amount of $204.20 to Officer T. Talbert of the Moab Police Department at the address provided in the PSR. The restitution of $204.20 is due immediately. Any remaining balance is payable as follows: a minimum rate of $5 per month while incarcerated. If the defendant receives more than $200 from any outside source in any calendar month during the period of incarceration, all funds received in excess of $200 that month shall be paid toward restitution. The defendant shall pay the remaining balance of restitution at a minimum of $25 per month upon release from incarceration. The Court waives the accrual of interest. The defendant is remanded to the custody of USMS. Attorney for Plaintiff: Michael J. Thorpe, Attorney for Defendant: Robert L. Steele, FPD. Probation Officer: Jennifer L. Gaston. Court Reporter: Becky Janke. (cff) (Entered: 05/01/2019) |
| 05/03/2019 | 37 | | JUDGMENT as to Patrick Duane Trujillo (1), Count(s) 1, 50 months in custody with credit for all time served in federal custody. 36 months supervised release. Defendant Termed. Case Closed. Signed by Judge Tena Campbell on 5/3/2019.(mas) (Entered: 05/03/2019) |
| 05/16/2019 | | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Pretrial Noticing should be terminated from this case as to Patrick Duane Trujillo (kk) (Entered: 05/16/2019) |
| 06/12/2019 | | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Jennifer Gaston should be terminated from this case as to Patrick Duane Trujillo (jlg) (Entered: 06/12/2019) |

| | | | |
|---|---|---|---|
| 09/27/2019 | 39 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Sentencing as to Patrick Duane Trujillo held on May 1, 2019, before Judge Tena Campbell. Court Reporter/Transcriber Rebecca Janke, CSR, RMR, Telephone number 801−521−7238.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 business days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the parties intent to redact personal data identifiers from the electronic transcript of the court proceeding. To redact additional information a Motion to Redact must be filed. The policy and forms are located on the court's website at www.utd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/18/2019. Redacted Transcript Deadline set for 10/28/2019. Release of Transcript Restriction set for 12/26/2019 (alt) Modified by removing restricted text on 12/26/2019 (rgj). (Entered: 09/27/2019) |
| 09/02/2021 | 43 | | Supervised Release JURISDICTION TRANSFERRED to USDC District of Colorado as to Patrick Duane Trujillo (jwt) (Entered: 09/02/2021) |

7

JOHN W. HUBER, United States Attorney (#7226)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
ISAAC WORKMAN, Assistant United States Attorney (#14031)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov

FILED
U.S. DISTRICT COURT

2017 SEP -6 P 3: 44

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. PATRICK DUANE TRUJILLO, Defendant. | INDICTMENT<br><br>VIOLATION:<br>Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.<br><br>Case: 2:17-cr-00516<br>Assigned To : Campbell, Tena<br>Assign. Date : 9/6/2017<br>Description: USA v. |
|---|---|

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about August 1, 2017, in the Central Division of the District of Utah,

PATRICK DUANE TRUJILLO,

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one year, did knowingly possess, in and affecting interstate commerce, a firearm,

//

//

8

to wit: CZ Model P-09 .40 caliber handgun; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney


MICHAEL J. THORPE
Assistant United States Attorney

2

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Utah

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAY 03 2019

D. MARK JONES, CLERK

_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| PATRICK DUANE TRUJILLO | ) | Case Number:  DUTX 2:17CR00516-001 TC |
| | ) | USM Number:  25531-081 |
| | ) | Robert L. Steele |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    One of the Indictment.

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | | 1 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

  It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/1/2019
Date of Imposition of Judgment

*Tena Campbell*
Signature of Judge

TENA CAMPBELL, U. S. District Court Judge
Name and Title of Judge

5-3-2019
Date

AO 245B (Rev. 02/18) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 7

DEFENDANT: PATRICK DUANE TRUJILLO
CASE NUMBER: DUTX 2:17CR00516-001 TC

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

50 months with credit for all time served in federal custody.

☑ The court makes the following recommendations to the Bureau of Prisons:

the court recommends that the defendant serve his incarceration at Florence, CO for RDAP treatment and visitation with his family.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT: PATRICK DUANE TRUJILLO
CASE NUMBER: DUTX 2:17CR00516-001 TC

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of : 36 months.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page **4** of **7**

DEFENDANT: PATRICK DUANE TRUJILLO
CASE NUMBER: DUTX 2:17CR00516-001 TC

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. You must submit your person, residence, office or vehicle to search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

13

AO 245B(Rev. 02/18) Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page 5 of 7

DEFENDANT: PATRICK DUANE TRUJILLO
CASE NUMBER: DUTX 2:17CR00516-001 TC

## SPECIAL CONDITIONS OF SUPERVISION

1. You must submit to drug/alcohol testing, as directed by the U.S. Probation Office.

2. You must participate in and successfully complete a substance-abuse evaluation and/or treatment, under a copayment plan, as directed by the U.S. Probation Office. During the course of treatment, you must not consume alcohol, nor frequent any establishment where alcohol is the chief item of order.

3. You must participate in and successfully complete a mental-health treatment program, under a copayment plan, as directed by the U.S. Probation Office, take any mental-health medications as prescribed, and not possess or consume alcohol, nor frequent businesses where alcohol is the chief item of order, during the course of treatment or medication.

AO 245B (Rev. 02/18)  Judgment in a Criminal Case
               Sheet 5 — Criminal Monetary Penalties

Judgment — Page __6__ of __7__

DEFENDANT: PATRICK DUANE TRUJILLO
CASE NUMBER: DUTX 2:17CR00516-001 TC

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | JVTA Assessment* | Fine | Restitution |
|--------|------------|------------------|------|-------------|
| TOTALS | $ 100.00   | $                | $    | $ 204.20    |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---------------|--------------|---------------------|------------------------|
| Officer Thomas Talbert | $204.20 | $204.20 | |
| c/o Moab Police Department | | | |
| 217 E. Center Street | | | |
| Moab, UT 84532 | | | |

| TOTALS | $ 204.20 | $ 204.20 |
|--------|----------|----------|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☑ the interest requirement is waived for the    ☐ fine   ☑ restitution.

   ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

15

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page 7 of 7

DEFENDANT: PATRICK DUANE TRUJILLO
CASE NUMBER: DUTX 2:17CR00516-001 TC

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ 100.00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

16