CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. VS. PATRICK DUANE TRUJILLO                                    DKT. NO. 1:21CR00296-1

## PETITION FOR WARRANT ON PERSON UNDER SUPERVISION

COMES NOW, Alexandria Oliveras, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Patrick Duane Trujillo, who was placed on supervision by the Honorable Tena Campbell, sitting in the United States District Court in Utah, on May 1, 2019.  The defendant was sentenced to 50 months imprisonment and 36 years supervised release for an offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922 (g)(1).  Supervision commenced on February 18, 2021, and is set to expire on March 14, 2024.  Jurisdiction of the case was transferred from the District of Utah to the District of Colorado on August 27, 2021.  As noted in the judgment [Document 1-1], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT DUE TO CAUSE AS FOLLOWS:**

**VIOLATION(S) ALLEGED:**

1. **FAILURE TO PARTICIPATE IN MENTAL HEALTH TREATMENT AS DIRECTED BY THE PROBATION OFFICER:**

   The defendant failed to complete the intake process at Creative Counseling, the testing and treatment program in which the probation officer directed him to complete on, June 2, 2021, which constitutes a Grade C violation of supervised release.

   On May 16, 2021, the defendant was instructed to schedule an appointment at Creative Counseling for a mental health assessment and the defendant scheduled his appointment for May 27, 2021.  On June 2, 2021, the Director at Creative Counseling informed the assessment was completed; however, the defendant failed to submit required documentation to move forward with services.  On this same day, I sent the defendant an email reminding him to submit the documentation.

   On June 14, 2021, the defendant denied having submitted the documents required to start treatment, but he agreed to submit them today. Up until the filing of this petition, the defendant has failed to submit the required documents for treatment.

2. **FAILURE TO NOTIFY THE PROBATION OFFICER OF CHANGE IN RESIDENCE:**

   On or about June 2, 2021, the defendant moved from his residence 10212 Dresden Street, Firestone, Colorado 80504, and failed to notify the probation officer 10 days

before the change or within 72 hours of becoming aware of a change, which constitutes a Grade C violation of supervised release.

On June 15, 2021, I conducted a home inspection at the above address. The defendant was not at the residence. The family said he left the house on June 2, returned on June 11, 2021, at approximately at 3:00 a.m., but left again. The family is unaware of the defendant's current whereabouts. The defendant failed to request a change of address and has not reported any changes within his household.

3. **FAILURE TO NOTIFY THE PROBATION OFFICER OF CHANGE IN EMPLOYMENT:**

On or about June 5, 2021, the defendant terminated employment at Pepper's Fireside Grille and failed to notify the probation officer 10 days before a change in employment or within 72 hours of becoming aware of a change, which constitutes a Grade C violation of supervised release.

On June 16, 2021, I called the defendant's employer, Pepper's Fireside Grille and the manager indicated the defendant last worked at the beginning of June 2021. Furthermore, she informed the defendant stopped reporting to work. The defendant failed to inform a change of employment and has not reported any changes at his job site.

4. **FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED**

On or about June 16, 2021, the defendant was directed to report to the probation officer at 4:00 p.m. that day, and he failed to so report, which constitutes a Grace C violation of supervised release.

On June 16, 2021, I sent an email at 1:52 p.m. and a text message at 1:54 p.m. to the defendant instructing him to report to the office this same day at 4:00 p.m. The defendant failed to report to the office as instructed nor did he call to reschedule the office appointment.

5. **FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER**

On June 17, 2021, the defendant was instructed to call the probation officer before 2:00 p.m., and the defendant failed to do so, which constitutes a Grace C violation of supervised release

On June 17, 2021, at 11:57 a.m., I called the defendant's cellphone number and my call was answered by his voicemail greeting "Patrick Trujillo."  I identified myself and instructed the defendant to return my call, today, before 2:00 p.m.  In addition, at 12:05 p.m., I sent a text message to the defendant instructing him to call me and report his whereabouts. The defendant failed to call me at 2:00 p.m. nor did he call afterwards.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Based on the nature of the defendant's current conviction and the alleged violations, the probation officer requests a warrant for the defendant's arrest due to the potential danger presented by the defendant. The defendant's family expressed their concern for the defendant's mental health because some family members observed the defendant "swinging a switch blade" and taking a kitchen knife from his residence. Also, he was described to be expressing himself belligerently, specifically by making threatening comments to friends of family members. The defendant's erratic change in behavior is concerning because he was reporting continuously, he communicated with his family, demonstrated a positive and motivated attitude towards change, and was focused on becoming law abiding. Based on the defendant's drastic change while on supervision, the District of Utah filed a petition for warrant on June 28, 2021, and on August 27, 2021, jurisdiction was transferred to the District of Colorado. On October 15, 2021, the defendant was arrested in Moab, Utah.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Alexandria Oliveras*
  Alexandria Oliveras
  Place:   Denver
  Date:    November 3, 2021

*s/Gary W. Phillips*
  Gary W. Phillips
  Supervisory United States Probation Officer
  Place:   Denver
  Date:    November 3, 2021

**PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION:**

The defendant was originally convicted of a Class C felony, thus the maximum sentence allowed upon revocation is 2 years imprisonment, pursuant to 18 U.S.C. § 3583(e). Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious conduct alleged as a violation of supervision is considered a Grade C violation. The defendant's criminal history is a Category V, thus the advisory guideline range for revocation is 7 to 13 months of imprisonment.

**STATEMENT IN SUPPORT OF DETENTION AT INITIAL APPEARANCE:**

Based on the defendant's performance while on supervision, the probation officer recommends the defendant be detained pending revocation proceedings. Pursuant to 18 U.S.C. § 3143(a), the defendant is viewed as presenting a risk of flight and danger to the community. The defendant's drastic behavioral changes were of extreme concern

Case 1:21-cr-00296-DDD   Document 6   Filed 11/03/21   USDC Colorado   Page 4 of 4

Patrick Duane Trujillo  
1:21CR00296-1

Petition for Warrant on Person Under Supervision  
Page 4

November 3, 2021

to the family and to the supervising officer.  According to Grand County Sherriff's Department (Moab, Utah), the defendant was noncompliant by refusing to show his hands to law enforcement or to follow any of law enforcement's instructions.  In addition, he presents a risk of non-appearance based upon his willful choice to abscond from supervision.  Pursuant to F.R.Crim.P.Rule 32.1(a)(6), the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the defendant.