**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:21CR00296-1

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

PATRICK DUANE TRUJILLO,

       Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

      THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

      HAVING considered the probation officer's petition, the Court

_____   ORDERS the issuance of an arrest warrant.

_____   ORDERS the issuance of a summons.

_____   DENIES the request.

      DATED at Denver, Colorado, this _____ day of November, 2021.

                    BY THE COURT:

                    _____

                    Daniel D. Domenico
                    United States District Judge