# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21CR00296-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK DUANE TRUJILLO,

    Defendant.

## ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

__X__ ORDERS the issuance of an arrest warrant.

____ ORDERS the issuance of a summons.

____ DENIES the request.

DATED at Denver, Colorado, this __9th__ day of November, 2021.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge