IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00296-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    PATRICK DUANE TRUJILLO,

    Defendant.

**ENTRY OF APPEARANCE AS COUNSEL
FOR THE GOVERNMENT**

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED this 4th day of January, 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By:    *s/Sarah H. Weiss*
    Sarah H. Weiss
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste. 1600
    Denver, CO 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0406
    E-mail: sarah.weiss@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

   I hereby certify that on this 4th day of January, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                *s/Maggie E. Grenvik*
                Maggie E. Grenvik
                Legal Assistant