IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00296-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**PATRICK DUANE TRUJILLO,**

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 4th day of January 2022.

                            COLE FINEGAN
                            United States Attorney

             By:    s/ *Albert Buchman*
                     ALBERT BUCHMAN
                     Assistant United States Attorney
                     United States Attorney's Office
                     1801 California Street, Suite 1600
                     Denver, Colorado 80202
                     Telephone: (303) 454-0100
                     Fax: (303) 454-0405
                     Email: al.buchman@usdoj.gov
                     Attorney for the Government

2

## CERTIFICATE OF SERVICE

I certify that on this 4th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ Brenda L. Lozano
BRENDA L. LOZANO
Legal Assistant
United States Attorney's Office