IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00296-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    PATRICK DUANE TRUJILLO,

    Defendant.

_____

**MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY SARAH H. WEISS
AS COUNSEL FOR THE UNITED STATES**
_____

The United States of America, through Cole Finegan, United States Attorney for the District of Colorado, by Sarah H. Weiss, Assistant U.S. Attorney, hereby files its Motion to Withdraw Assistant U.S. Attorney Sarah H. Weiss as counsel of record in the above-captioned case. Assistant U.S. Attorney Albert C. Buchman will remain the counsel of record in this case.

Dated this 4th day of January, 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney


By:   *s/Sarah H. Weiss*
      SARAH H. WEISS
      Assistant U.S. Attorney
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0409
      e-mail:   sarah.weiss@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of January, 2022, I electronically filed the foregoing MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY SARAH H. WEISS AS COUNSEL FOR THE UNITED STATES using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                *s/Maggie E. Grenvik*
                                                Maggie E. Grenvik
                                                Legal Assistant