IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00296-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK DUANE TRUJILLO,

    Defendant.

---

### NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, Patrick Duane Trujillo.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    /s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Matthew_Belcher@fd.org
    Attorney for Defendant

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

## CERTIFICATE OF SERVICE

      I certify that on January 5, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert C. Buchman, Assistant U.S. Attorney
    Email:  al.buchman@usdoj.gov

and that I will mail or serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Patrick Duane Trujillo
    via mail

                                        /s/ Matthew K. Belcher
                                        MATTHEW K. BELCHER
                                        Assistant Federal Public Defender
                                        Office of the Federal Public Defender