IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00296-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PATRICK DUANE TRUJILLO,

       Defendant.

---

**DEFENDANT'S STATEMENT IN ADVANCE OF FINAL REVOCATION HEARING**

---

Defendant, Patrick Duane Trujillo, through undersigned counsel, submits the following in advance of the Final Revocation Hearing scheduled for March 3, 2022, at 2:30 p.m.

**I.   Revocation Hearing:**

At the upcoming revocation hearing, Mr. Trujillo will admit to each of the alleged violations set forth in the Petition for Warrant on Person Under Supervision [Doc. #6]. Assuming the Court accepts these admissions, Mr. Trujillo is prepared to proceed to immediate sentencing.

**II.   Sentencing Hearing:**

Mr. Trujillo requests that the Court revoke his current term of supervision, impose a sentence of time-served (four months and 14 days), and reimpose an additional 31 months of supervision. In support thereof, undersigned counsel would show as follows.

Mr. Trujillo hit the ground running upon his release from the Bureau of Prisons. As noted in the Violation Report [Doc. #22], Mr. Trujillo rapidly began to achieve the goals that were set for him. Mr. Trujillo secured employment, committed to and began the process of obtaining mental health treatment, obtained a suitable residence, and was effectively communicating with

both his probation officer and his family support group.  All in all, things looked to be going swimmingly well for Mr. Trujillo.

Unfortunately, after three months of sustained progress, Mr. Trujillo appears to have had a breakdown in his mental health that caused him to make a rash and regrettable decision to leave Colorado and his supervision behind and move back to Utah to be with his wife and children. While in Utah, it appears that Mr. Trujillo obtained employment at Wendy's and worked to provide for his wife and children.  Additionally, it appears that there was communication between his wife and his probation officer here in Colorado concerning Mr. Trujillo's need and desire to obtain mental health treatment.

Subsequent to his arrest in Utah on October 18, 2021, Mr. Trujillo was transferred to Colorado and placed at the Federal Detention Center, where he has received psychiatric treatment and provided with mental health medication.  Mr. Trujillo has indicated to undersigned counsel a noticeable improvement in his overall mental health since having been placed on his current medication and undergoing treatment at the Federal Detention Center.  Mr. Trujillo intends to continue with the medication and treatment upon his release on an additional term of supervision.

Mr. Trujillo's plan upon release from custody is to first reside with his grandmother, Connie Turney, at 7810 Greenwood Boulevard, Denver, CO 80221.  While there, Mr. Trujillo intends to secure employment, continue with his mental health treatment and medication, and achieve all other goals placed on him through probation.  Once he has successfully achieved those goals, Mr. Trujillo intends to request that this supervision be transferred to Utah so he may reunite with his wife and children.  Despite being in Utah without permission, Mr. Trujillo built a successful, law-abiding life there for himself.  This successful life became addictive to Mr. Trujillo

and has provided him with a strong incentive to divorce himself from the criminal justice system once and for all.

>
> Respectfully submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
> /s/ Matthew K. Belcher
> MATTHEW K. BELCHER
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, Colorado 80202
> Telephone: (303) 294-7002
> FAX: (303) 294-1192
> Email: Matthew_Belcher@fd.org
> Attorney for Defendant

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

CERTIFICATE OF SERVICE

       I certify that on March 1, 2022, I electronically filed the foregoing ***Defendant's Statement in Advance of Final Revocation Hearing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert C. Buchman, Assistant U.S. Attorney
    Email:  al.buchman@usdoj.gov

and that I will mail or serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Patrick Duane Trujillo
    via mail

                         /s/ Matthew K. Belcher
                         MATTHEW K. BELCHER
                         Assistant Federal Public Defender
                         Office of the Federal Public Defender