IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy: Patricia Glover<br>Court Reporter:    Julie Thomas<br>Probation:         Alexandria Oliveras | Date: March 3, 2022<br>Interpreter: n/a |

**CASE NO.**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| PATRICK DUANE TRUJILLO, | Matthew Belcher |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:** Supervised Release Violation Hearing

**1:32 p.m.    Court in session**.

Defendant present in custody.

Appearances of counsel.

Defendant sworn.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments.   The Court reviews the charged violations with the defendant.

Defendant admits the (5) alleged violations and waives his right to a contested hearing on the allegations.

Parties received and reviewed the supervised release/probation violation report and all addenda.

The parties **do not** dispute the facts contained in the supervised release violation report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the supervised release violation report.

The parties **do not** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.   Counsel is offered the opportunity for further argument.   No further argument.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Supervised release is **REVOKED.**   Defendant is sentenced to a term of imprisonment of six (6) months with credit for the time already served, upon release from prison defendant will be placed on supervised release for a term of thirty (30) months.

**Mandatory, standard and special conditions are as set forth in the record.**

The Court makes the recommendations as requested as set forth on the record.

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:56 p.m.**   **Court in recess.**

Total Time:   00:24 minutes.
Hearing Concluded.