CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U.S.A. vs. Patrick Duane Trujillo                                                DKT. NO. 1:21CR00296-1

### PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Alexandria Oliveras , United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Patrick Duane Trujillo, who was placed on supervision by the Honorable Daniel D. Domenico, sitting in the United States District Court in Denver, on March 3, 2022. The defendant was sentenced to 6 months' imprisonment and 30 months' supervised release for violations of supervised release related to his original conviction for an offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922 (g)(1). This is the defendant's second term of supervised release as there has been one prior revocation (See Documents 1-1 and 27, Judgment in a Criminal Case and Judgment for Revocation of Supervised Release). Supervision commenced on April 15, 2022, and is set to expire on October 14, 2024.  As noted in the judgement, the court ordered mandatory, special and standard conditions of supervision.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

The defendant was released on April 15, 2022, and reported he would reside with his grandmother temporarily at 7810 Greenwood Boulevard in Denver, Colorado.  On April 19, 2022, a home inspection was conducted, and no issues were reported at that time; however, on April 20, 2022, I received a call from the defendant's cousin (the grandmother's caretaker due to her dementia), indicating the defendant is no longer welcome at the grandmother's house.  On May 10, 2022, the defendant and I discussed housing options which included the halfway house and additional family residences.  The defendant provided an address in Brush, Colorado, it was investigated by the undersigned U.S. Probation Officer, and denied for safety reasons.   On May 17, 2022, the defendant's cousin confirmed he could continue to reside at the residence but did not provide a time frame; however, on May 27, 2022, the defendant's cousin reported unacceptable behavior on behalf of the defendant and requested the defendant leave the grandmother's residence immediately.  On May 31, 2022, the defendant indicated he could move in with an uncle who resides in Thornton, Colorado; I contacted the uncle and he stated he does not want the defendant residing with him.  The defendant currently does not have any residency options in Colorado and no longer has family support in this state, rendering him homeless.

On May 31, 2022, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Al Buchman was contacted and has no objection to the proposed modification.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special condition:

You must reside in a residential reentry center (RRC) for a period of up to 6 months, to commence upon release from confinement or upon the first available vacancy at an RRC and must observe the rules of that facility. An early discharge from the RRC may be authorized by the probation officer in consideration of the availability of a suitable residence, your ability to pay for a residence, and your compliance with the conditions of supervision.

I DECLARE under penalty of perjury that the foregoing is true and correct.

***s/Alexandria Oliveras***
  Alexandria Oliveras
  U.S. Probation Officer
  Place:   Denver
  Date:    May 31, 2022

***s/Walter Vanni***
  Walter Vanni
  Supervisory U.S. Probation Officer
  Place:   Denver
  Date:    May 31, 2022