AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>1. PATRICK DUANE TRUJILLO<br><br>*Defendant* | ) ) ) ) ) ) )   Case No. 1:21-cr-00296-DDD-01 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Patrick Duane Trujillo                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ☑ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Failure to Reside In/Follow the Rules of the Residential Reentry Center;
Possession and Use of a Controlled Substance; and,
Failure to Report to the Probation Officer as Directed.

Date: 10/03/2022

s/ Robert R. Keech
*Issuing officer's signature*

City and state: Denver, Colorado

JEFFREY P. COLWELL, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*