IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00296-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PATRICK DUANE TRUJILLO,

       Defendant.

---

**DEFENDANT'S STATEMENT IN ADVANCE OF FINAL REVOCATION HEARING**

---

Defendant, Patrick Duane Trujillo, through undersigned counsel, submits the following in advance of the Final Revocation Hearing scheduled for December 8, 2022, at 9:00 a.m.

**I.**     **Revocation Hearing:**

At the Final Revocation Hearing, Mr. Trujillo will admit to each of the alleged violations set forth in the Petition for Warrant on Person Under Supervision [Doc. #30]. Assuming the Court accepts these admissions, Mr. Trujillo is prepared to proceed to immediate sentencing.

**II.**     **Sentencing Hearing:**

Mr. Trujillo requests that the Court revoke his current term of supervision, and impose a sentence of 7 months, with no additional supervision to follow. In support thereof, undersigned counsel would show as follows.

As noted by Probation in both the original and the most recent Supervised Release Violation Report (Docs. # 22 and # 25), Mr. Trujillo lacks familial support, financial support, and stable housing in the District of Colorado. Mr. Trujillo does, however, have financial support, familial support, stable housing options, and employment in the District of Utah, from which the

underlying criminal case emanates. Despite all of this, it appears that his federal supervision will never be transferred back to where he has the tools and resources to succeed – which is the ultimate goal and purpose of federal supervision. Instead, Mr. Trujillo is caught in an endless loop of returning to supervision in a state where he is ill equipped to succeed.

Mr. Trujillo has been separated from his family for close to six years now. A majority of that time was spent in a United States penitentiary in Beaumont, Texas, a well-known and very onerous place to do time in the Bureau of Prisons. Upon release from custody, Mr. Trujillo continued to be separated from his family in Utah because his supervision is in the District of Colorado. Despite his efforts, Mr. Trujillo has not been able to return to his family and has not been able to overcome the difficulties he has faced in Colorado – lack of familial support, lack of financial support, lack of suitable residence, etc. Despite all of this, Mr. Trujillo has refrained from committing any new criminal offenses.

Mr. Trujillo would like to go home now so he may see his children and spend time with his family. In Utah, Mr. Trujillo knows he can succeed where he has failed in Colorado because he has familial support and a job in Utah. With familial support and a job, Mr. Trujillo can find a suitable residence if he is not allowed to return to the home in which his wife and children reside. With this support, Mr. Trujillo will successfully put his life back together and pose little to no risk of reoffending in the future. This should be the goal of federal supervision, to set up Mr. Trujillo where he is the most likely to succeed.

Accordingly, Mr. Trujillo requests that the Court impose a sentence of 7 months imprisonment, followed by no additional term of supervision. Undersigned counsel has been informed by counsel for the government, Al Buchman, that the government will also request a sentence of 7 months followed by no additional term of supervision.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

## CERTIFICATE OF SERVICE

I certify that on December 7, 2022, I electronically filed the foregoing ***Defendant's Statement in Advance of Final Revocation Hearing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Albert C. Buchman, Assistant U.S. Attorney
Email:  al.buchman@usdoj.gov

and that I will mail or serve the document or paper to the following non-CM/ECF participant in the manner indicated:

Patrick Duane Trujillo (via mail)

/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
Office of the Federal Public Defender