IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 21-cr-00296-DDD | Date: December 8, 2022 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Julie Thomas |
| Probation Officer: Erika Privette | Interpreter: N/A |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| 1. PATRICK DUANE TRUJILLO, | Matthew K. Belcher |
| Defendant. | |

## COURTROOM MINUTES

**SUPERVISED RELEASE REVOCATION HEARING**

**9:03 a.m.** **Court in session**. Defendant present, in custody.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all attachments. Government reviews the charged violation(s) with the defendant.

Defendant admits the alleged violations 1 through 5.

Parties received and reviewed the supervised release violation report and all addenda.

The parties **do not** dispute the facts contained in the supervised release violation report.

The parties **do** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the supervised release violation report.

The parties **do** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. Statements made by counsel for Government, counsel for Defendant, and Defendant on his own behalf.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered opportunity for further argument. No further argument.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDERED:**  Supervised release is hereby **REVOKED.**

**ORDERED:**  Defendant sentenced to a term of imprisonment of **7 months.**

**ORDERED:**  Upon release from imprisonment, no further term of supervised release shall be imposed.

The defendant is advised of right to appeal.

Court **RECOMMENDS** the Bureau of Prisons place Defendant at F.C.I. - Englewood, CO.

**ORDERED:**  Defendant is **REMANDED** to the custody of the United States Marshal.

**9:25 a.m.**     **Court in recess. Hearing concluded. Total time: :22**