AO 245D (Rev. CO 11/20)   Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

UNITED STATES OF AMERICA
v.
PATRICK DUANE TRUJILLO

**Judgment in a Criminal Case**
(For **Revocation** of Supervised Release)

Case Number: 1:21-cr-00296-DDD-1

USM Number: 25531-081

Matthew K. Belcher
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation(s)   1-5 of the Petition for Warrant on Person Under Supervision

☐ was found guilty of violation(s) _____
after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Reside In/Follow the Rules of the Residential Reentry Center (RRC) | 09/29/2022 |
| 2 | Possession and Use of a Controlled Substance | 05/28/2022 |
| 3 | Possession and Use of a Controlled Substance | 06/03/2022 |
| 4 | Possession and Use of a Controlled Substance | 07/28/2022 |
| 5 | Failure to Report to the Probation Officer as Directed | 09/29/2022 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegations numbered _____ and is discharged to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.:   1123

Defendant's Year of Birth:   1985

City and State of Defendant's Residence:
Littleton, Colorado

December 8, 2022
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Daniel D. Domenico, United States District Judge
Name and Title of Judge

December 9, 2022
Date

AO 245D (Rev. CO 11/20)  Judgment in Criminal Case

Judgment — Page 2 of 2

DEFENDANT: PATRICK DUANE TRUJILLO
CASE NUMBER: 1-21-cr-00296-DDD-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Seven (7) months. No Term of Supervised Release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
Defendant be placed at FCI Englewood; if possible

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL